NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CITY OF BONITA SPRINGS, FLORIDA,   )
a Florida municipal corporation,   )
)
      Appellant,   )
)
v.   )     Case No. 2D17-4378
)
WCI COMMUNITIES, LLC, a Delaware   )
limited liability company, as successor-   )
in-interest for Pelican Landing Golf   )
Resort Ventures Limited Partnership, a   )
dissolved Delaware limited partnership,   )
and WCI COMMUNITIES, INC., a   )
Delaware corporation,   )
)
      Appellees.   )
_____)

Opinion filed July 6, 2018.

Appeal from the Circuit Court for Lee
County; Elizabeth V. Krier, Judge.

S. Brent Spain, David A. Theriaque, and
Terrell K. Arline of Theriaque & Spain,
Tallahassee, for Appellant.

Hala A. Sandridge and Victoria J. Oguntoye
of Buchanan, Ingersoll & Rooney, PC,
Tampa, for Appellees.

PER CURIAM.

Affirmed.

KELLY, VILLANTI, and KHOUZAM, JJ., Concur.